# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1425
_____

LORNE RUSH NERO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

January 7, 2026

PER CURIAM.

AFFIRMED.

RAY, KELSEY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Luke Newman of Luke Newman, P.A., Tallahassee, for Appellant.

James Uthmeier, Attorney General; and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.